# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  HOWARD D. MEIER & PAULINE MEIER          Case Number: 05-72119
        907 WILLARD AVENUE
        ROCKFORD, IL  61101                     SSN-xxx-xx-6633 & xxx-xx-5852

                                                Case filed on:      4/28/2005
                                                Plan Confirmed on:  6/24/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $132,800.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
|  | Total Legal | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 999 | HOWARD D. MEIER | 0.00 | 0.00 | 84.57 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 84.57 | 0.00 |
| 001 | DELL FINANCIAL SERVICES | 1,200.00 | 1,200.00 | 1,200.00 | 49.12 |
| 002 | NISSAN MOTOR ACCEPTANCE | 32,000.00 | 32,000.00 | 32,000.00 | 1,309.76 |
| 003 | UNION PLANTERS BANK NA | 65,429.73 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 98,629.73 | 33,200.00 | 33,200.00 | 1,358.88 |
| 001 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | NISSAN MOTOR ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BANK OF AMERICA | 2,095.15 | 2,095.15 | 2,095.15 | 0.00 |
| 005 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 15,776.36 | 15,776.36 | 15,776.36 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 11,181.34 | 11,181.34 | 11,181.34 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 6,152.36 | 6,152.36 | 6,152.36 | 0.00 |
| 009 | GM CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LOWE'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 9,322.38 | 9,322.38 | 9,322.38 | 0.00 |
| 012 | PHYSICIANS IMMEDIATE CARE | 154.33 | 154.33 | 154.33 | 0.00 |
| 013 | SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DISCOVER FINANCIAL SERVICES | 11,185.68 | 11,185.68 | 11,185.68 | 0.00 |
| 016 | BANK OF AMERICA | 12,876.09 | 12,876.09 | 12,876.09 | 0.00 |
| 017 | BANK OF AMERICA | 9,099.96 | 9,099.96 | 9,099.96 | 0.00 |
| 018 | BANK OF AMERICA | 509.22 | 509.22 | 509.22 | 0.00 |
| 019 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 9,670.33 | 9,670.33 | 9,670.33 | 0.00 |
|  | Total Unsecured | 88,023.20 | 88,023.20 | 88,023.20 | 0.00 |
|  | Grand Total: | 188,552.93 | 123,123.20 | 123,207.77 | 1,358.88 |

Total Paid Claimant:     $124,566.65
Trustee Allowance:       $8,233.35           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00            discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                     /s/ Lydia S. Meyer
                                                     Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan